AO 91 (Rev. 11/11)  Criminal Complaint

United States Courts
Southern District of Texas
FILED
May 18, 2021
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Jonhatan ALVARADO Arreazola (YOB: 1998) USA<br><br><br>Defendant(s) | )<br>)<br>)   Case No. M.21-1091-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 17, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possess with the Intent to Distribute approximately 13.15 kilograms of cocaine, a schedule II controlled substance |

This criminal complaint is based on these facts:

(See Attachment)

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Laura Garcia

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

/s/ Kevin Buechner
*Complainant's signature*

Kevin Buechner DEA Special Agent
*Printed name and title*

Date: 05/18/2021 - 7:21 pm

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

1. On May 17, 2021, Drug Enforcement Administration (DEA) agents received information that kilogram quantities of suspected cocaine are being held at a household located in Pharr, Texas.

2. On this same date, DEA agents went to the household in Pharr, Texas and knocked on the door at the residence. Agents then encountered Jonhatan ALVARADO-Arreazola and asked ALVARADO for consent to search the residence. ALVARADO provided verbal and written consent for agents to search the residence. Agents then found and seized 12 bricks of suspected narcotics in a closet located in one of the bedrooms in the residence. The suspected narcotics field tested positive for cocaine and weighed approximately 13.15 kilograms.

3. ALVARADO was provided his Miranda Warnings and agreed to speak with Drug Enforcement Administration Special Agents. ALVARADO stated he knew the narcotics were in the residence, and he would store the narcotics for intended payment.